LAW OFFICES OF ALI AND BAINS PC  
118-35 QUEENS BLVD  
FOREST HILLS NY 11375  
PH (718) 544-8000  
FX 718) 480-1244  
tbains@alibainsfirm.com

February 17, 2020

**BY ECF ONLY**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Mircea Constantinescu*, 19 Cr. 651 (LTS)

Dear Judge Swain:

I have a conflict on February 19, 2020 with the change of counsel hearing scheduled for 10am. I have a hearing before Judge Spatt in the Eastern District in Islip at 9am and an administrative hearing before the Department of Agriculture at 11am.

I am requesting that the court adjourn this matter for any afternoon this week or next week.

I was not able to contact the opposing counsel due to the holiday.

Respectfully submitted,
Tejinder Bains
Attorney for Mircia Constantinescu

1