UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                No. 19-CR-651-LTS

MIRCEA CONTANTINESCU (1),

                     Defendant.

-------------------------------------------------------------X

## **O**RDER

Tejinder S. Bains, Esq., is relieved as retained counsel for the defendant. The defendant in the above-captioned matter is now represented by CJA counsel, Meredith S. Heller, Esq., nunc pro tunc as of February 25, 2020.

      SO ORDERED.

Dated: New York, New York
       February 26, 2020

                                                              /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                              United States District Judge