```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   **SUPPLEMENTAL**
                                 :   **PROTECTIVE ORDER**
    - v. -                       :
                                 :   19 Cr. 651 (LTS)
MIRCEA CONSTANTINESCU,           :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, on January 31, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Tejinder Bains, Esq. (Dkt. No. 157);

WHEREAS, on February 25, 2020, the Court granted Mr. Bains's motion to withdraw from his representation of the defendant and appointed Meredith Heller, Esq., to represent the defendant;

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Elizabeth A. Hanft, Daniel M. Loss, Samuel P. Rothschild, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Ms. Heller, counsel for the defendant, that Ms. Heller is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if she was an original signatory thereto.

Dated:     New York, New York
           February 28, 2020

SO ORDERED:

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Protective Order**

I, Meredith Heller, Esq., have read and reviewed the Protective Order entered on January 31, 2020, in the case of *United States v. Mircea Constantinescu*, 19 Cr. 651 (LTS), I understand it, and I acknowledge that I am and shall be bound by the Order.

_____
Meredith Heller, Esq.
Attorney for Mircea Constantinescu