**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

August 28, 2020

<u>MEMO ENDORSED</u>

**<u>VIA ECF</u>**
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   ***United States v. Mircea Constantinescu***
       **19-cr-561 (LTS)**

Dear Judge Swain:

       This letter is submitted on behalf of my client, Mr. Mircea Constantinescu, to respectfully request permission to travel by car to Tobyhanna, Pennsylvania, with his wife (a co-defendant in this matter) and children from September 2-6, 2020.  The address they would stay at is 6533 Laurel Hollow Dr., Tobyhanna, PA 18466.

       Both the government and Pretrial Services have been informed of this request.  Pretrial Services, through P.T.S.O. Rena Bolin, does not oppose it and the government takes no position.

Respectfully submitted,

Meredith S. Heller

Cc:   A.U.S.A. Robert B. Sobelman (via ECF)
       A.U.S.A. Elizabeth A. Hanft (via ECF)
       A.U.S.A. Daniel Loss (via ECF)
       P.T.S.O. Rena Bolin (via email)

The request is granted.
DE#326 resolved.
SO ORDERED
8/28/2020
/s/ Laura Taylor Swain, USDJ