Law Office of Meredith S. Heller PLLC
www.msheller law.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@msheller law.com

December 17, 2020

**VIA ECF**
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

RE:   *United States v. Mircea Constantinescu*
      **19-cr-651 (LTS)**

Dear Judge Swain:

This letter is submitted on behalf of my client, Mr. Mircea Constantinescu, to respectfully request permission to travel to Tobyhanna, Pennsylvania, with his family from December 27, 2020 through January 2, 2021. The address he would stay at is 6533 Laurel Hollow Dr., Tobyhanna, PA 18466.

Both the government and Pretrial Services have been informed of this request. Pretrial Services, through P.T.S.O. Rena Bolin, does not oppose it given his ongoing compliance with pretrial supervision and his compliance with his previously approved travel. The government, through A.U.S.A. Elizabeth Hanft, takes no position on this request.

Respectfully submitted,

*/s/ Meredith S. Heller*
Meredith S. Heller

Cc:   A.U.S.A. Robert B. Sobelman (via ECF)
      A.U.S.A. Elizabeth A. Hanft (via ECF)
      A.U.S.A. Daniel Loss (via ECF)
      P.T.S.O. Rena Bolin (via email)

The requested permission is granted.
DE#405 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ