UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                       No. 19CR651-LTS

MIRCEA CONSTANTINESCU (1),
CRISTIAN COSTEA (3),
IONELA CONSTANTINESCU (5),
THEOFRASTOS LYMBERATOS (6),
ANDREW ELIOPOULOS (7),
PETER SAMOLIS (9), AND
IULIANA MIHAILESCU (15)

        Defendant(s).
-------------------------------------------------------------X

## ORDER

The pretrial conference scheduled for April 15, 2021, is rescheduled to **Thursday, April 15, 2021, at 10:00 a.m.**

Dated: New York, New York
       February 26, 2021

                                                              /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge