# United States Pretrial Services
# Southern District of New York
# MEMORANDUM

**To:**   Honorable Laura T. Swain
Chief United States District Judge

**From:** Rena Bolin
United States Pretrial Services Officer

**Re:**   Mircea Constantinescu
19-CR-00651-LTS-1

**Date:** April 26, 2021

The attached memo was prepared by Pretrial Services Officer Rena Bolin (212) 805-4309.

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[  ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ X ]   My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom #  Remote - details to be specified  on  May 6, 2021  at  2:00 p.m.  .
                                                                    Date                Time

[  ]   I request that a Bail Review Hearing be conducted by:

        [  ]   The presiding Magistrate Judge in courtroom # 5A.

        [  ]   The District Court Judge presiding in Part I.

        [  ]   Judicial Officer at his/her earliest convenience.

[  ]   I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.


Dated: New York, New York                    SO ORDERED:
       April  26 , 2021

                                     _____/s/ Laura Taylor Swain_____
                                          Honorable Laura T. Swain
                                          Chief United States District Judge