**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                                       FAX (212) 964-2926

May 29, 2021

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

## MEMO ENDORSED

Re: United States v. Constantinuescu, et. al.
19 Cr. 651 (LTS)

Your Honor:

      I write on behalf of defendants Mircea Constantinescu, Cristan Costa, Ionela Constantinescu, Andrew Eliopoulos, Iuliana Mihailescu, and Peter Samolis with the consent of their counsel to request an adjournment of the conference currently scheduled for June 9, 2021. With the consent of the government, by Samuel Rothschild, Esq, we request an adjournment of sixty days for the continued review of discovery and plea negotiations. As the adjournment is sought for those purposes, the time between June 9, 2021 and the adjourn date should be excluded from speedy trial calculations.

The request for an adjournment is granted. The next pretrial conference is hereby scheduled for Monday, August 9, 2021, at 2pm. The parties shall notify Chambers by email on or before July 26, 2021, as to whether they request to proceed remotely or in person. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 9, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry 686 is resolved.
SO ORDERED.
6/1/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully,
*Lisa Scolari*
Lisa Scolari