# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

July 26, 2021

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Constantinescu, et al.
Ind. No. 19 CR 651 (LTS)

Dear Judge Swain:

Thank you for your chambers inquiry regarding our upcoming status conference. On behalf of all defendants, we respectfully request that the status conference currently scheduled for August 9, 2021 be adjourned for approximately 60 days to continue reviewing the discovery materials, and to continue ongoing plea discussions. The government consents to the adjournment, and the defense consents to an exclusion of time to the adjourned date. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: All Parties (by email)

The foregoing request is granted. The conference is hereby rescheduled for October 14, 2021 at 2:30pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 14, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Docket entry #769 resolved.
SO ORDERED.
7/26/2021
/s/ Laura Taylor Swain, Chief USDJ