Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Of Counsel
Susan Thorn, Esq.
sthorn@mshellerlaw.com

December 16, 2021

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:  *United States v. Mircea Constantinescu, et al.*
     19-cr-651 (LTS)

Dear Judge Swain:

This letter is submitted on behalf of my client, Mr. Mircea Constantinescu, to respectfully request permission to travel to Tobyhanna, Pennsylvania, with his family from December 29th through January 3, 2022, for the New Year. The address he would stay at is 6533 Laurel Hollow Dr., Tobyhanna, PA 18466.

Both the government and Pretrial Services have been informed of this request. Pretrial Services, through P.T.S. Officer Courtney DeFeo, does not oppose this request. The Government, through A.U.S.A. Elizabeth Hanft, takes no position on this request.

Respectfully submitted,

Meredith S. Heller

Cc: A.U.S.A. Robert B. Sobelman (via ECF)
    A.U.S.A. Elizabeth A. Hanft (via ECF)
    A.U.S.A. Samuel P. Rothschild (via ECF)
    P.T.S.O. Courtney M. DeFeo (via email)

The foregoing request is granted. Dkt. no. 938 resolved.
SO ORDERED.
12/16/2021
/s/ Laura Taylor Swain, Chief USDJ