Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Of Counsel
Susan Thorn, Esq.
sthorn@mshellerlaw.com

February 28, 2022

**VIA ECF**
Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Mircea Constantinescu, et al.*
      19-cr-651 (SHS)

Dear Judge Stein:

This letter is submitted on behalf of my client, Mr. Mircea Constantinescu. Mr. Constantinescu respectfully requests permission to travel with his family to New Jersey for the day on Saturday, March 5, 2022. His family is taking his daughter to a waterpark for the day for her birthday. He would be in New Jersey from approximately 10:00 am to 10:00 pm.

Both the government and Pretrial Services have been informed of this request. Pretrial Services, through P.T.S. Officer Courtney DeFeo, does not oppose it and the government, through A.U.S.A. Elizabeth Hanft, takes no position.

Respectfully submitted,

Meredith S. Heller

Cc:   A.U.S.A. Robert B. Sobelman (via ECF)
      A.U.S.A. Elizabeth A. Hanft (via ECF)
      A.U.S.A. Samuel P. Rothschild (via ECF)
      P.T.S.O. Courtney M. DeFeo (via email)

**Permission for defendant to travel on March 5 is granted.**

**Dated: New York, New York
       March 1, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.