Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Of Counsel
Susan Thorn, Esq.
sthorn@mshellerlaw.com

April 12, 2022

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Mircea Constantinescu, et al.*
      **19-cr-651 (SHS)**
      **Travel Request**

Dear Judge Stein:

    This letter is submitted on behalf of my client, Mr. Mircea Constantinescu, to respectfully request permission to travel to his home in Tobyhanna, Pennsylvania, with his family from April 22nd through April 25, 2022, for Orthodox Easter. The address he would stay at is 6533 Laurel Hollow Dr., Tobyhanna, PA 18466.

    Both the government and Pretrial Services have been informed of this request. Pretrial Services, through P.T.S. Officer Courtney DeFeo, does not oppose this request. The Government, through A.U.S.A. Elizabeth Hanft, takes no position on this request.

Respectfully submitted,

Meredith S. Heller

Cc:   A.U.S.A. Robert B. Sobelman (via ECF)
      A.U.S.A. Elizabeth A. Hanft (via ECF)
      A.U.S.A. Samuel P. Rothschild (via ECF)
      P.T.S.O. Courtney M. DeFeo (via email)

**Defendant's request to travel as set forth above is granted.**

**Dated: New York, New York**
      **April 18, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.