UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -against- | : | |
| MIRCEA CONSTANTINESCU, | : | ORDER |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

After a verdict of guilty today,

IT IS HEREBY ORDERED that the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
July 7, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.