UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　　:　　19-Cr-651 (SHS)

　　　　　-v-　　　　　　　　　　　　　　:　　ORDER

MIRCEA CONSTANTINESCU,　　　　　　　　:

　　　　　　Defendant.　　　　　　　　　:

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

　　　The Court is in receipt of defendant's letter to the Court requesting new counsel [Doc. No. 1280].

　　　IT IS HEREBY ORDERED that there will be a conference on November 18, 2022, at 12:00 p.m. regarding defendant's request.

Dated: New York, New York
　　　　November 15, 2022

　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.