UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,           :       19-Cr-651 (SHS)

    -v-                                 :       <u>ORDER</u>

MIRCEA CONSTANTINESCU,              :

        Defendant.                  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In a letter filed on November 15, 2022 [Doc. No. 1280], Mircea Constantinescu requested that new counsel be appointed to represent him regarding his sentencing, which is scheduled for January 3, 2023, at 3:30 p.m. In a letter filed on November 17, 2022 [Doc. No. 1286] by Mr. Constantinescu's counsel, Meredith S. Heller, she stated, *inter alia*, that she does not oppose the appointment of new counsel to represent defendant regarding his sentencing. Accordingly,

    IT IS HEREBY ORDERED that Meredith S. Heller is relieved, and the CJA attorney on duty tomorrow, November 18, Deborah Colson, is appointed to represent defendant in connection with his sentencing. The conference set for November 18, 2022, at 12:00 p.m. is cancelled.

Dated: New York, New York
       November 17, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.