UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | <u>ORDER</u> |
| MIRCEA CONSTANTINESCU, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing is adjourned to March 7, 2023, at 11:00 a.m.

Dated: New York, New York
       February 21, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.