U.S.A. v. Mircea Constantin
19-cr-651 (SHS)

RECEIVED
AUG 20 2024
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Your Honor:

At my sentencing hearing, you recomanded me to attend drug treatment. And I joined RDAP program. I was sent from Fort Dix to FPC McKean to attend RDAP witch I am eroled since April 18, 2024. Sinnce I arrived, the Camp has been consistinly on lock down due to an inordinate amount of contraband that has been brought into the camp by inmates in the non-RDAP unit.

In an effort to curb the influx of contraband, the administration introduced members of general population into the RDAP unit (a clear violation of the statute governing RDAP) and accentuating the contraband problem. Since I am here the program was on pause more that was working. This was supposed to be a 9 months program. I am here for 4 mouths and I did not even advanced to phase 1 of the program. I came here for treatment witch I am not getting.

I respectfuly ask the Court to assist me in getting transfered to a facility where the RDAP program is running (like Lewisburg or Cumberland)

Thank you for your attention to this matter.

Sincerly:

Mircea Constantinescu

Date: Aagust 12, 2024