UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                        :
UNITED STATES OF AMERICA,               :        19-cr-651 (SHS)
                                        :
            -against-                   :        ORDER
                                        :
MIRCEA CONSTANTINESCU,                  :
                                        :
                        Defendant.      :
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant's pro se request "to assist [him] in getting transferred to a facility where the RDAP program is running (like Lewisburg or Cumberland)." (ECF No. 1538.) That request is denied. The determination of the facility in which the defendant is to serve his sentence, as well as the programs in which the defendant is to participate, is made by the Bureau of Prisons. *See* 18 U.S.C. § 3621.

Dated: New York, New York
August 26, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.