UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-651 (SHS)

    -against-  :

    ORDER

MIRCEA CONSTANTINESCU,  :

    Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The Court has received defendant's motion for compassionate release [Doc. No. 1597], which includes a request for appointment of counsel.

    IT IS HEREBY ORDERED that Deborah A. Colson is appointed to represent the defendant pursuant to the Criminal Justice Act regarding his motion for compassionate release.

Dated: New York, New York
       August 26, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.