UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-651 (SHS)

-v-  :  <u>ORDER</u>

MIRCEA CONSTANTINESCU,  :

           Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On August 12, 2025, Mircea Constantinescu signed a *pro se* motion for compassionate release which was received by the Clerk of Court on August 22 and filed on August 26 (ECF No. 1597). The motion is based on the July 3 death of his wife and the alleged fact that they had a 15-year-old child and an 18-year-old child, and he is the only available caregiver for those children. On August 26 the Court appointed Deborah A. Colson to represent defendant under the Criminal Justice Act in connection with his motion for compassionate release. The parties are directed to determine the underlying facts, including whether alternate caretakers are available, and report in writing to the Court, either jointly or separately, on or before September 12 what the facts are and their views of what action the Court should take, if any.

Dated: New York, New York
       September 2, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.