UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,           :        19-Cr-651 (SHS)

        -v-                               :        <u>ORDER</u>

MIRCEA CONSTANTINESCU,               :

              Defendant.              :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On August 14, 2025, the U.S. Court of Appeals for the Second Circuit "vacate[d] the restitution order and remand[ed] for the district court to clarify the installment payment schedule." The parties are directed to meet and confer in an attempt to agree upon appropriate language for insertion into Section 2 "Schedule of Payments" of the Order of Restitution (Doc. No. 1397). If they are unable to agree, each party may submit its own language on or before September 22, 2025.

Dated: New York, New York
       September 15, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.