UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | ORDER |
| MIRCEA CONSTANTINESCU, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear oral argument on defendant's motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) tomorrow, September 16, at 2:30 p.m. The argument will take place in Courtroom 23A.

Dated: New York, New York
        September 15, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.