UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MIRCEA CONSTANTINESCU,

Defendant.

19-cr-651 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

On October 8, 2025, the U.S. Court of Appeals for the Second Circuit issued its Mandate, which vacated defendant Mircea Constantinescu's restitution order and remanded for clarification of Constantinescu's installment payment schedule. (Dkt. No. 1610.)

The Court has reviewed the form of the revised restitution language proposed by the parties on September 25. (Dkt. No. 1609 at 1.) The parties are directed to submit by October 17, 2025, an agreed upon Order of Restitution incorporating the language proposed by the parties in place of Section 2 of the original Order of Restitution (Dkt. No. 1397) and providing that defendant shall be required to pay at least 10% of his gross monthly earnings toward his restitution obligation.

Dated: New York, New York
October 9, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1